# ARRAIGNMENT/DETENTION MINUTES:

Time set: 2:30 p.m.  
Start Time: 2:41 pm  
End Time: 2:46 pm  

Date: 5/2/2023  
Presiding Judge: Douglas E. Miller, USMJ  
Courtroom Deputy: Dodge, C  
Reporter: FTR Mag Two  
U.S. Attorney: Joe Depadilla  
Defense Counsel: Anthony Gantous  

Split Time ( )  
Hearing Held: ( ) Norfolk ( ) Newport News  
Case Number 2:23cr50  
Defendant Ada Lilian Rowe  

( ) Retained (X) Court appointed ( ) AFPD  
Interpreter: _____

### INITIAL APPEARANCE:
( ) Indictment  
( ) Supervised Release  
( ) Probation  
( ) Pretrial Violation  

### DETENTION:
(X) Detention Hearing ( )Held ( ) Waived  
( ) Government motion for detention:  
( ) Granted ( )Denied (X)Motion to Withdraw  
( ) Detention Ordered ( ) Remanded  
(X) Bond set $2500 u/s  
(X) Special Conditions of Release  
( ) Defendant continued on previous bond  
( ) Additional Conditions of Release  
( ) Defendant failed to appear  
( ) Government motion for warrant -Granted  

### COUNSEL:
( ) Court explained right to counsel  
( ) Counsel waived  
( ) Counsel desired.  
( ) Affidavit executed and filed in open court  
( ) Court directed appointment of counsel  
( ) Defendant ordered to pay $_____ beginning _____ and each month thereafter until paid in full  

### ORDERS:
( ) Agreed Discovery/Protective Order Entered  
( ) Defendant consented to video proceedings. Order entered and filed  
(X) Oral admonition as required by DPPA given to the prosecutor.  

### ARRAIGNMENT:
( ) Defendant formally arraigned  
(X) Defendant waived formal arraignment  
( ) Defendant entered plea of guilty  
(X) Defendant entered plea of not guilty  
(X) Jury demanded  
( ) Jury Waived  
( ) Jury waiver executed and filed  
(X) Preliminary motions deadline _____  
( ) Response motions deadline _____  
(X) TRIAL ( ) SRVH ( ) PVH ( ) Status Conference set on 6/27/23 @ 10am before AWA  
@ (X) Norfolk ( ) Newport News ( ) Richmond  

### PRELIMINARY HEARING:
( ) Preliminary Hearing ( ) Held ( ) Waived  
( ) Defendant stipulated to probable cause  
( ) Court finds probable cause  
( ) Defendant held for Grand Jury  

### SPEEDY TRIAL:
( ) By agreement of all parties, due to the complexity of the case and/or in the interest of justice, pursuant to 18 USC 3161(h), speedy trial is waived  

### APPEARANCE AT PRELIMINARY HEARING:
(X) Court inquired as to whether defendant wishes appear at preliminary hearing.  
( ) Waiver of Appearance executed  
( ) Arraignment: _____  

( ) SRV/Probation Hearing: _____  
( ) _____  
( ) _____  
( ) _____  

### SPEEDY TRIAL:
( ) The defendant requested time to file pretrial motions. The court granted this motion under 18 U.S.C. 3161(h)(7) and Bloate v. U.S., 2010 WL 757660 (U.S.) and finds that the ends of justice are served by granting this request which outweighs the best interest of the public and the defendant in a speedy trial and the time period from the arraignment to the motions deadline of _____ is excluded under the Speedy Trial Act.

AWA

# CONDITIONS OF RELEASE

(X) The defendant shall submit to supervision by and report to the U.S. Probation Office.
(X) The defendant is directed to seek and maintain verifiable employment as directed by the Probation Office.
(X) The defendant is directed to surrender any passport to the Probation Office.
(X) The defendant is prohibited from obtaining any passport.
(X) Travel is restricted to: __EDVA__
  ( ) with travel between the two for purposes of court appearances and meetings with counsel by the most direct route.
( ) The defendant is directed to avoid all contact direct or indirectly with alleged victims, and/or potential witnesses and/or co-conspirators in the investigation or prosecution, ( ) including but not limited to any child under the age of 18, unless in the company of an informed adult approved by the U.S. Probation, including
(X) The defendant is directed to maintain residence at: __34th St Va. Bch, VA.__
(X) __Rosa Jiminez (sister)__ is directed to serve as third-party custodian.
(X) The defendant is prohibited from possessing a firearm, destructive device, or other dangerous weapon.
( ) The defendant is directed to refrain from excessive use of alcohol.
(X) The defendant is directed to refrain from any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 U.S.C. 802 unless prescribed by a licensed medical practitioner.
( ) The defendant shall submit to method of testing required by the probation officer or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and or any form of prohibited substance screening or testing.
( ) The defendant shall participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the probation officer or supervising officer.
(X) The defendant shall participate in an evaluation to assess the presence, nature and severity of a substance abuse problem, and submit to treatment if deemed necessary by the treatment provider and U.S. Probation Office.
(X) The defendant is directed to submit to electronic monitoring (with/without) GPS, ( ) Curfew (X) Home Detention ( ) Home Incarceration (with/without) time outs as directed by the U.S. Probation Office, at the expense of the defendant.
( ) The defendant shall comply with a specified curfew from _____ to _____ or as specified by the U.S. Probation Office.
(X) The defendant shall report as soon as possible to the probation officer or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
( ) The defendant must provide the Probation Officer access to any requested financial information and authorize the release of any financial information.
( ) The defendant shall notify current or future employers of charged offense ( ) and provide contact information for individual responsible for internet monitoring at place of employment.
( ) The defendant must not incur new credit charges, or apply for or open additional lines of credit, loans, or financial or bank accounts without the prior approval of the probation office.
( ) The defendant must not engage in any occupation that would require or enable access to the personal identity or financial information of others without the prior approval of the probation office.
( ) Adam Walsh Conditions.
(X) The defendant shall submit to mental health ~~and/or sex offender~~ evaluation and treatment as directed by the U.S. Probation Office.
( ) The defendant shall not use, have possession, or access any to computer or internet, bulletin board, or chat room.
(X) __Refrain from obstructing or attempting to obstruct or tamper in any fashion with the efficiency and accuracy of any prohibited substance testing which is required as a condition of release.__
( ) _____
( ) _____
( ) _____
( ) _____
( ) _____